IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI WILLIAMS,

       Plaintiff,

vs.                                    CASE NO. 4:07cv501-SPM/WCS

DOUGLASS LAW FIRM,

       Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendations (doc. 3) and Order and Amended Report and Recommendation (doc. 5). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendations, I have determined that they both should be adopted.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1. The magistrate judge's Report and Recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

2. The magistrate judge's Order and Amended Report and Recommendation (doc. 5) is ADOPTED and incorporated by

1

reference in this order.

3. This case is hereby dismissed for failure to state a claim upon which relief may be granted.

DONE AND ORDERED this <u>twenty-fourth</u> day of March, 2008.


    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge